Doc# 2011043554
Bk 16182 Pg 512 - 513
Received York SS
10/14/2011  12:14PM
Debra L. Anderson
Register of Deeds

This space for Recorder's use

| | Recording Requested By:<br>Bank of America<br>Prepared By:<br>Rozan Conteras<br>888-603-9011<br>450 E. Boundary St.<br>Chapin, SC 29036 | When recorded mail to:<br>CoreLogic<br>450 E. Boundary St.<br>Attn: Release Dept.<br>Chapin, SC 29036 |
|---|---|---|
| Property Address:<br>16 A & B BLACKSMITH RD<br>Wells, ME 04090<br>Property Location:<br>Township of WELLS<br>ME0-AM 15907685  9/30/2011 | | |

← 2p
E

MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 3300 S.W. 34th Avenue, Suite 101 Ocala, FL 34474 does hereby grant, sell, assign, transfer and convey unto BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP whose address is 13150 WORLD GATE DR, HERNDON, VA 20170
all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:       COUNTRYWIDE HOME LOANS, INC.
Borrower(s):           LANCE A KELLEY, AND DIANE E KELLEY
Date of Mortgage:      5/10/2007
Original Loan Amount:  $400,000.00

Recorded in York County, ME on: 5/16/2007, book 15159, page 0397 and instrument number 2007023613

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on 10-7-11

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____
Christine Daymude, Assistant Secretary

**EXHIBIT D**

*Acknowledgement*

State of Arizona
County of Maricopa

On **10-1-11**, before me, **GWENDOLYN R ALBINO**, Notary Public, personally appeared Christine Daymude of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., whose identity was proven to me on the basis of satisfactory evidence to be the person who he or she claims to be and whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notorial seal the day and year last written.

Notary Public: **GWENDOLYN R ALBINO**
My Commission Expires: **7-26-2013**



GWENDOLYN R ALBINO
Notary Public - Arizona
Maricopa County
My Commission Expires
July 26, 2013

*Attached to Assignment of Mortgage*
*dated 10-1-11*
*Ref Kelley*
*2 pgs incl this pg*

End of Document

DocID#

I HEREBY CERTIFY THIS A TRUE
AND CORRECT COPY OF THE
ORIGINAL FILED IN YORK
COUNTY MAINE REGISTRY OF DEEDS

ATTEST: _Claude Dudley_
                                    REGISTRAR
deputy