## ASSIGNMENT OF MORTGAGE

Doc# 2011049018
Bk 16206 Pg 382 - 383
Received York SS
11/21/2011   12:22PM
Debra L. Anderson
Register of Deeds

KNOW all by these presents that

Mortgage Electronic Registration Systems, Inc. acting solely as
nominee for Countrywide Home Loans, Inc.

with a mailing address of P.O. Box 2026, Flint, MI 48501, Telephone: 888-679-6377 ( Assignor ), the holder of a certain mortgage hereinafter mentioned, for consideration paid, the receipt whereof is hereby acknowledged, hereby assigns to

Bank of America, N.A., as successor-by-merger to BAC Home Loans
Servicing, LP FKA Countrywide Home Loans Servicing, LP

with a mailing address P.O. Box 5170, Simi Valley, CA 93065 ( Assignee ) all Assignor s right, title and interest in and to the following mortgage:

Given by: Lance A. Kelley and Diane E. Kelley
Given to: Mortgage Electronic Registration Systems, Inc. acting solely as nominee for Countrywide Home Loans, Inc.
MIN No.

Dated: May 10, 2007
Recorded: Book: 15159   Page: 397

Registry: York County Registry of Deeds
Property: 16 A & B Blacksmith Road, City/Town of Wells, Maine

To have and to hold the same unto the Assignee and to the successors, legal representatives and assigns of Assignee forever. THIS ASSIGNMENT IS WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND OR NATURE, EITHER EXPRESS OR IMPLIED IN FACT OR IMPOSED BY LAW.

Document Type: MERS Assignment of Mortgage
Borrower: Kelley, Lance & Diane
Property Address: 16 A & B Blacksmith Road, Wells, ME 04090
Prepared by: Shechtman Halperin Savage LLP
1080 Main Street,
Pawtucket, RI 02860

EXHIBIT E

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be executed by its duly authorized representative this _07_ day of _NOVEMBER_, 2011.

Mortgage Electronic Registration Systems, Inc. acting solely as nominee for Countrywide Home Loans, Inc.

By: _____
Name: ~~Rene Rosales Assistant Secretary~~
Its: _____

## ACKNOWLEDGMENT

State of _CALIFORNIA_
County of _VENTURA_ )

On __NOV 07 2011__ before me, __VAZRIK SARAFIANS *NOTARY PUBLIC*__
(insert name and title of the officer)

personally appeared __RENE ROSALES__
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of __CA__ that the forgoing Paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

VAZRIK SARAFIANS
Commission # 1857732
Notary Public - California
Los Angeles County
My Comm. Expires Nov 6, 2013

Document Type: MERS Assignment of Mortgage
Borrower: Kelley, Lance & Diane
Property Address: 16 A & B Blacksmith Road, Wells, ME 04090
Prepared by: Shechtman Halperin Savage LLP
1080 Main Street,
Pawtucket, RI 02860

**End of Document**

I HEREBY CERTIFY THIS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN
COUNTY MAINE REGISTRY OF DEEDS
ATTEST _____
REGISTRAR
Deputy