BK 17015 PGS 222 - 223   05/11/2015 02:11:42 PM
INSTR # 2015016970   DEBRA ANDERSON
RECEIVED YORK SS   REGISTER OF DEEDS

This space for Recorder's use

| | Recording Requested By:<br>Bank of America<br>Prepared By:<br>Giang Vu<br><br>4909 Savarese Circle<br>Tampa, FL 33634 | When recorded mail to:<br>CoreLogic<br>Mail Stop: ASGN<br>1 CoreLogic Drive<br>Westlake, TX 76262-9823 |
|---|---|---|
| Property Address:<br>16 A & B Blacksmith Road<br>Wells, ME 04090<br>Property Location:<br>Township of WELLS<br>ME0-AM  32436426  4/25/2015  FNN331A | | |

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 4909 SAVARESE CIRCLE, TAMPA, FL 33634 does hereby grant, sell, assign, transfer and convey unto FEDERAL NATIONAL MORTGAGE ASSOCIATION whose address is 14221 DALLAS PARKWAY SUITE 1000, DALLAS, TX 75254 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Beneficiary:  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR COUNTRYWIDE HOME LOANS, INC., ITS SUCCESSORS AND ASSIGNS
Borrower(s):  LANCE A KELLEY, AND DIANE E KELLEY
Date of Mortgage:  5/10/2007
Original Loan Amount:  $400,000.00

Recorded in York County, ME on: 5/16/2007, book 15159, page 0397 and instrument number 2007023613

Contact Federal National Mortgage Association for this Instrument c/o Seterus, Inc, 14523 SW Millikan Way #200, Beaverton, OR 97005, telephone # 1-866-570-5277, which is responsible for receiving payments.

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on
4/27/2015

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP

By: /s/ Lisa Campbell Moore
Lisa Campbell Moore, Vice President

EXHIBIT F

State of FL, County of Hillsborough

The foregoing instrument was acknowledged before me this __APR 2 7 2015__, by Lisa Campbell Moore, Vice President of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING LP, on behalf of the corporation. He/she is <u>personally known to me</u> or has produced _____ as identification.

Notary Public: _Cheri L. Harper_
My Commission Expires: __MAR 0 5 2017__



CHERI L HARPER
MY COMMISSION # EE881040
EXPIRES March 05, 2017
(407) 398-0153   FloridaNotaryService.com

DocID#

I HEREBY CERTIFY THIS A TRUE
AND CORRECT COPY OF THE
ORIGINAL FILED IN YORK
COUNTY MAINE REGISTRY OF DEEDS

ATTEST _Claude Dube_
                              REGISTRAR
_Deputy_