DEBRA L. ANDERSON, REGISTER OF DEEDS
E-RECORDED    **Bk 17705 PG 736**
Instr # 2018015947
05/02/2018 12:45:20 PM
Pages 1    YORK CO

## Quitclaim Assignment

WHEREAS, COUNTRYWIDE HOME LOANS, INC. is identified as the "Lender" on a certain mortgage executed by LANCE A KELLEY AND DIANE E KELLEY, and bearing the date of the 10 day of MAY, 2007 securing the property located at 16 A & B BLACKSMITH ROAD WELLS, ME 04090 and recorded on the 16 day of MAY, 2007 in the Office of the Recorder of YORK County, State of Maine in Book 15159 at Page 0397 Doc# 2007023613 (hereinafter the "Mortgage");

WHEREAS, Mortgage Electronic Registration System, Inc. ("MERS") is designated the mortgagee in the Mortgage as the nominee of COUNTRYWIDE HOME LOANS, INC. and its successors and assigns, and, upon recording of the Mortgage, became the mortgagee of record;

WHEREAS, COUNTRYWIDE HOME LOANS, INC. wishes to convey and assign any and all rights it may have under the Mortgage to FEDERAL NATIONAL MORTGAGE ASSOCIATION; and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, COUNTRYWIDE HOME LOANS, INC. hereby assigns and quit claims to FEDERAL NATIONAL MORTGAGE ASSOCIATION all of its rights, title and interests (whatever they may be, if any) in the Mortgage to FEDERAL NATIONAL MORTGAGE ASSOCIATION.

Dated: 04/24/2018

COUNTRYWIDE HOME LOANS, INC.



Jessica Figueroa, Assistant Vice President

State of Florida    County of Hillsborough

Subscribed before me, on 04/24/2018, by Jessica Figueroa as Assistant Vice President for COUNTRYWIDE HOME LOANS, INC. She is personally known to me or proved to me on the basis of satisfactory evidence to be the Person whose name is subscribed to the within instrument.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal the day and year last written.

Notary Public: MARTHA LUCIA CORREA
My Commission Expires: 01/26/2019

> MARTHA LUCIA CORREA
> Notary Public, State of Florida
> Commission# FF 192644
> My comm. expires Jan. 26, 2019

Prepare by: Jessica Figueroa
When Recorded Return to:
Bank of America, N.A.
MC: FL1-908-01-05
4909 Savarese Cir.
Tampa, FL 33634



**EXHIBIT G**