# DOONAN, GRAVES & LONGORIA, LLC
## ATTORNEYS AT LAW

Serving Massachusetts, Maine,
New York & New Hampshire
Hours: Monday - Friday 9 am - 4 pm
www.dgandl.com

100 Cummings Center, Suite 303C
Beverly, Massachusetts 01915
TEL: (978) 921-2670
FAX: (978) 921-4870

August 13, 2021

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

**Certified Article Number**
9414 7266 9904 2184 8307 37
**SENDER'S RECORD**

Diane E. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

**Certified Article Number**
9414 7266 9904 2184 8307 20
**SENDER'S RECORD**

Diane E. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**Certified Article Number**
9414 7266 9904 2120 5807 40
**SENDER'S RECORD**

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

**Certified Article Number**
9414 7266 9904 2120 5807 33
**SENDER'S RECORD**

Lance A. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

**Certified Article Number**
9414 7266 9904 2120 5807 26
**SENDER'S RECORD**

Lance A. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**Certified Article Number**
9414 7266 9904 2120 5806 58
**SENDER'S RECORD**

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

**Certified Article Number**
9414 7266 9904 2120 5806 41
**SENDER'S RECORD**

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.


EXHIBIT
H

Re: Property Address:  16 A & B Blacksmith Road, Wells, ME 04090
Loan Number:
Payment Due Date:  July 1, 2011

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Nationstar Mortgage LLC d/b/a Mr. Cooper, the Mortgagee, Federal National Mortgage Association and the Owner/Investor, Federal National Mortgage Association pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc. as nominee for Countrywide Home Loans, Inc. its successors and assigns (if MERs) dated May 10, 2007 and recorded in the York County Registry of Deeds in Book 15159, Page 397. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Payments | $284,620.64 |
| Late Charges | $1,284.44 |

**TOTAL TO CURE DEFAULT:**  $285,905.08

A portion of the amount due is reasonable interest in the amount of $232,995.43.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$285,905.08** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to: **Nationstar Mortgage LLC d/b/a Mr. Cooper, Payment Processing, 8950 Cypress Waters Boulevard, Coppell, TX 75019. Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. To reach a person with authority to modify a mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at (469) 549-2233 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late

charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal National Mortgage Association, the mortgage servicer, which is Nationstar Mortgage LLC d/b/a Mr. Cooper or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal National Mortgage Association is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Nationstar Mortgage LLC d/b/a Mr. Cooper at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Nationstar Mortgage LLC d/b/a Mr. Cooper
Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of

legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Nationstar Mortgage LLC d/b/a Mr. Cooper
Federal National Mortgage Association
Federal National Mortgage Association
by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

54717

This listing is current as of **12/17/2019**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** mdrost@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** mdrost@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Rental Housing Counseling
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963-0114
**Toll Free:** 800-221-2221
**Fax:** 207-442-0122
**Email:** theresa.dow@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510

**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling

**Languages:** - English
- Spanish

**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.cefmaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6545
**Toll Free:**
**Fax:** 207-866-6553
**Email:** accounting@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.avestahousing.org
**Agency ID:** 81144

---

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- Spanish
**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

**Agency Name:** PROSPERITY ME - FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 62 Elm St Ste 2
Portland, Maine 04101-3092
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
**Languages:** - English
- French
- Other
- Swahili
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://prosperityme.org/
**Agency ID:** 80649

---

**Agency Name:** AROOSTOOK COUNTY ACTION PROGRAM, INC.
**Phone:** 207-764-3721
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 771 Main St
Presque Isle, Maine 04769-2201
**Counseling Services:** - Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.acap-me.org
**Agency ID:** 83641

---

**Agency Name:** YORK COUNTY COMMUNITY ACTION AGENCY
**Phone:** 207-459-2903
**Toll Free:**
**Fax:** 207-490-5026
**Email:** Meaghan.Arzberger@yccac.org
**Address:** 6 Spruce Street
SANFORD, Maine 04073-2917
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.yccac.org
**Agency ID:** 81150

---

**Agency Name:** COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
**Phone:** 207-333-6419
**Toll Free:**
**Fax:** 207-795-4069
**Email:** homequest@community-concepts.org
**Address:** 17 Market Sq
South Paris, Maine 04281-1533
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** www.community-concepts.org
**Agency ID:** 81580

**Agency Name:** KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
**Phone:** 800-542-8227
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 97 Water St
Waterville, Maine 04901-6339
**Counseling Services:** - Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

**WALZ CERTIFIED MAILER®**

FROM

# WALZ

FORM #45663 VERSION: E0121

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2184 8307 37

**Label #1**

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

**Label #2**

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

**Label #3**

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

TEAR ALONG THIS LINE

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.16 | 8/18/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | Postmark Here |
| Postage | $ .71 | |
| Total Postage and Fees | $ 7.87 | |

**Sent to:**

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

**Label #4** — Certified Article Number

9414 7266 9904 2184 8307 37

SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2184 8307 30

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2184 8307 37

FOLD AND TEAR THIS WAY ⟶

**C** FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8307 30

1. Article Addressed to:

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2184 8307 37

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Thank you for using Return Receipt Service

Domestic Return Receipt



# WALZ
Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E0121

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

## Other WALZ Solutions:
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

---



**USPS TRACKING #**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9266 9904 2184 8307 30

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●



**DOONAN GRAVES & LONGORIA LLC**
**100 CUMMINGS CENTER STE 303C**
**BEVERLY MA 01915-6104**

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF

**WALZ** FROM **WALZ**

FORM #45663 VERSION: E0121

**WALZ CERTIFIED MAILER®**

Label #1
Diane E. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

Label #2
Diane E. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

Label #3
Diane E. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

---

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2184 8307 20

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.16 | |
| Return Receipt (Hardcopy) | $ | 8/18/21 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | **Postmark Here** |
| Postage | $ .71 | |
| Total Postage and Fees | $ 7.87 | |

*TEAR ALONG THIS LINE*

**Sent to:**

Diane E. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

---

**B**

Label #5 (OPTIONAL)

**Label #4** — Certified Article Number 9414 7266 9904 2184 8307 20 — SENDER'S RECORD

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2184 8307 23

**Label #7 - Certified Mail Article Number**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2184 8307 20

FOLD AND TEAR THIS WAY ⟶

---

**C** FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8307 23

1. Article Addressed to:

Diane E. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2184 8307 20

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt

Thank you for using Return Receipt Service



# WALZ
Certified Mail Automation

Walz Certified Mailer™ form #45663
Version E0121

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

### Other WALZ Solutions:
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

---

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

---



PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF

**USPS TRACKING #**

9590 9266 9904 2184 8307 23



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**DOONAN GRAVES & LONGORIA LLC**
**100 CUMMINGS CENTER STE 303C**
**BEVERLY  MA  01915-6104**

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF



**WALZ**
**CERTIFIED MAILER®**
FROM **WALZ**

FORM #45663 VERSION: E0218

Label #1
Diane E. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

Label #2
Diane E. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

Label #3
Diane E. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**A** FOLD AND TEAR THIS WAY → OPTIONAL

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2120 5807 40

| | | |
|---|---|---|
| Certified Mail Fee | $7.16 | 8/18/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | Postmark Here |
| Certified Mail Restricted Delivery | $ | |
| Postage | $.71 | |
| Total Postage and Fees | $7.87 | |

— TEAR ALONG THIS LINE →

Sent to:

Diane E. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

**B**

Label #4

**Certified Article Number**
9414 7266 9904 2120 5807 40
**SENDER'S RECORD**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2120 5807 43

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
**CERTIFIED MAIL®**

9414 7266 9904 2120 5807 40

FOLD AND TEAR THIS WAY →

**C** FOLD AND TEAR THIS WAY →

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2120 5807 43

1. Article Addressed to:

Diane E. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2120 5807 40

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery
**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Thank you for using Return Receipt Service

Domestic Return Receipt



# WALZ

### Certified Mail Automation
*A Solution of LenderLive Services, LLC.*

Walz Certified Mailer™ form #45663
Version E0218

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

## For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

### Other WALZ Solutions:
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

---

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

---



**USPS TRACKING #**

9590 9266 9904 2120 5807 43

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**DOONAN GRAVES & LONGORIA LLC
100 CUMMINGS CENTER STE 225D
BEVERLY MA 01915-6104**

PEEL BACK TO EDGE

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF

DO NOT BEND VERTICAL PERF

**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0218

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2120 5807 33

Label #1

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

Label #2

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

Label #3

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

| | |
|---|---|
| Certified Mail Fee | $ 7.16 |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ .71 |
| Total Postage and Fees | $ 87.87 |

8/18/21

**Postmark Here**

**TEAR ALONG THIS LINE**

**Sent to:**

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

**A** FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**B**

Label #4

**Certified Article Number**

9414 7266 9904 2120 5807 33

**SENDER'S RECORD**

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2120 5807 36

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2120 5807 33

FOLD AND TEAR THIS WAY ⟶

**C** FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2120 5807 36

1. Article Addressed to:

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2120 5807 33

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Thank you for using Return Receipt Service

Domestic Return Receipt



# WALZ

**Certified Mail Automation**
*A Solution of LenderLive Services, LLC.*

Walz Certified Mailer™ form #45663
Version E0218

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

## For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

### Other WALZ Solutions:

CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

---

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

---

PEEL BACK TO EDGE

**USPS TRACKING #**



9590 9266 9904 2120 5807 36

**United States Postal Service®**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address and ZIP+4® below ●



**DOONAN GRAVES & LONGORIA LLC**
**100 CUMMINGS CENTER STE 225D**
**BEVERLY MA 01915-6104**

DO NOT BEND VERTICAL PERF

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF



**WALZ CERTIFIED MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0218

**Label #1**
Lance A. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

**Label #2**
Lance A. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

**Label #3**
Lance A. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

A  FOLD AND TEAR THIS WAY ⟶ OPTIONAL

**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER
9414 7266 9904 2120 5807 26

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.16 | 8/18/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .71 | |
| Total Postage and Fees | $ 9.87 | |

TEAR ALONG THIS LINE

Sent to:
Lance A. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

Reference Information
CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

---

B

**Label #4** — Certified Article Number — **SENDER'S RECORD**
9414 7266 9904 2120 5807 26

**Label #5 (OPTIONAL)**

**Label #6 - Return Receipt Barcode (Sender's Record)**
9590 9266 9904 2120 5807 29

**Label #7 - Certified Mail Article Number**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
**CERTIFIED MAIL®**
9414 7266 9904 2120 5807 26

FOLD AND TEAR THIS WAY ⟶

---

C  FOLD AND TEAR THIS WAY ⟶

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode
9590 9266 9904 2120 5807 29

1. Article Addressed to:
Lance A. Kelley
16 Blacksmith Road, Unit A
Wells, ME 04090

2. Certified Mail (Form 3800) Article Number
9414 7266 9904 2120 5807 26

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information
CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015    Domestic Return Receipt



# WALZ

**Certified Mail Automation**
*A Solution of LenderLive Services, LLC.*

Walz Certified Mailer™ form #45663
Version E0218

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

Other WALZ Solutions:
CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

PEEL BACK TO EDGE

**USPS TRACKING #**

9590 9266 9904 2120 5807 29

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

PEEL BACK TO EDGE

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●



**DOONAN GRAVES & LONGORIA LLC**
**100 CUMMINGS CENTER STE 225D**
**BEVERLY MA 01915-6104**

DO NOT BEND VERTICAL PERF

DO NOT BEND VERTICAL PERF

WALZ
CERTIFIED
MAILER®

FROM **WALZ**

FORM #45663 VERSION: E0218

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**Label #1**

Lance A. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**Label #2**

Lance A. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**Label #3**

Lance A. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

TEAR ALONG THIS LINE

**USPS® ARTICLE NUMBER**

9414 7266 9904 2120 5806 58

| Certified Mail Fee | $ 7.16 | |
| Return Receipt (Hardcopy) | $ | 8/18/21 |
| Return Receipt (Electronic) | $ | |
| Certified Mail Restricted Delivery | $ | Postmark Here |
| Postage | $ .71 | |
| Total Postage and Fees | $ 7.87 | |

**Sent to:**

Lance A. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

---

A  **FOLD AND TEAR THIS WAY** → OPTIONAL

B

**Label #4**

**Certified Article Number**

9414 7266 9904 2120 5806 58

**SENDER'S RECORD**

**Label #5 (OPTIONAL)**

**Label #6 - Return Receipt Barcode (Sender's Record)**

9590 9266 9904 2120 5806 51

**Label #7 - Certified Mail Article Number**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

*CERTIFIED MAIL®*

9414 7266 9904 2120 5806 58

**FOLD AND TEAR THIS WAY** →

---

C  **FOLD AND TEAR THIS WAY** →

Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS® MAIL CARRIER**
**DETACH ALONG PERFORATION**

Return Receipt (Form 3811) Barcode

9590 9266 9904 2120 5806 51

1. Article Addressed to:

Lance A. Kelley
16 Blacksmith Road, Unit B
Wells, ME 04090

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2120 5806 58

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015

Domestic Return Receipt



# WALZ

**Certified Mail Automation**
*A Solution of LenderLive Services, LLC.*

Walz Certified Mailer™ form #45663
Version E0218

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

## Other WALZ Solutions:

CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

---

PEEL BACK TO EDGE

**USPS TRACKING #**



9590 9266 9904 2120 5806 51



| First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10 |

PEEL BACK TO EDGE

**United States
Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

Ilıımıllıldımılılılılıılıımıllılıımlılılılıl
**DOONAN GRAVES & LONGORIA LLC
100 CUMMINGS CENTER STE 225D
BEVERLY MA 01915-6104**

DO NOT BEND VERTICAL PERF

DO NOT BEND VERTICAL PERF

**WALZ**
**CERTIFIED**
**MAILER®**

FROM **WALZ**

FORM #45663 VERSION: E0218

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2120 5806 41

| | | |
|---|---|---|
| Certified Mail Fee | $ 7.16 | 8/18/21 |
| Return Receipt (Hardcopy) | $ | |
| Return Receipt (Electronic) | $ | **Postmark Here** |
| Certified Mail Restricted Delivery | $ | |
| Postage | $ .71 | |
| Total Postage and Fees | $ 7.87 | |

Label #1

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

Label #2

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

Label #3

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

← TEAR ALONG THIS LINE

**Sent to:**

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

PS Form 3800, Facsimile, July 2015

**A**   FOLD AND TEAR THIS WAY ——→ OPTIONAL

**B**

Label #4

Certified Article Number

9414 7266 9904 2120 5806 41

SENDER'S RECORD

Label #5 (OPTIONAL)

Label #6 - Return Receipt Barcode (Sender's Record)

9590 9266 9904 2120 5806 44

Label #7 - Certified Mail Article Number

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9414 7266 9904 2120 5806 41

FOLD AND TEAR THIS WAY ——→

**C**   FOLD AND TEAR THIS WAY ——→

Thank you for using Return Receipt Service

RETURN RECEIPT REQUESTED
USPS® MAIL CARRIER
DETACH ALONG PERFORATION

Return Receipt (Form 3811) Barcode

9590 9266 9904 2120 5806 44

1. Article Addressed to:

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

2. Certified Mail (Form 3800) Article Number

9414 7266 9904 2120 5806 41

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X _____     ☐ Agent
                      ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Thank you for using Return Receipt Service

PS Form 3811, Facsimile, July 2015          Domestic Return Receipt



# WALZ

**Certified Mail Automation**
*A Solution of LenderLive Services, LLC.*

Walz Certified Mailer™ form #45663
Version E0218

Used with WCM Plus™ software

Reorder forms online at:
## www.walzpostal.com

or contact WALZ at:
Email: sales@walzpostal.com
Toll Free: (800) 381-3811

For a better, faster and easier way!

---

**WALZ software, forms and envelopes work seamlessly together to prepare, track and manage Certified Mail® from your desktop computer.**

Save time whenever you send Certified Mail with a full-cycle mail management system that is quick and easy to implement without extensive training or new equipment (requires the use of CertifiedPro.net).

### Other WALZ Solutions:

CertifiedPro.net - secure web-based software to automate the Certified Mail process. Offers detailed online tracking (including Return Receipt Electronic (RRE) Signatures), reporting, and return management. Requires no software updates.

Walz Certified Mailer Forms - available in several configurations for use with both Return Receipt and RRE.

Walz Certified Mailer Envelopes - 6X9" and 9X12" versions, with pre-printed RRE Certified Mail® endorsements that eliminate the need for "peel and stick" labels.

WALZ Critical Borrower Communications - full outsourcing solutions for compliant mailings, using Return Receipt, RRE and First-Class Mail services.

---

Label 1: Recipient address label

Label 2: Recipient address or optional sender address label

Label 3: Sender address label

Label 4: Sender's record of the Certified Mail Article Number

Label 5: Sender address label or Charge Back information

Label 6: Return Receipt Barcode (for sender's record)

Label 7: PS Form 3800 Certified Mail sticker (affix at the top of the envelope with the perforation mark on the edge)



**FRONT**



**BACK**

---

PEEL BACK TO EDGE

PEEL BACK TO EDGE

DO NOT BEND VERTICAL PERF

DO NOT BEND VERTICAL PERF

**USPS TRACKING #**



9590 9266 9904 2120 5806 44

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service®**

● Sender: Please print your name, address and ZIP+4® below ●

**DOONAN GRAVES & LONGORIA LLC**
**100 CUMMINGS CENTER STE 225D**
**BEVERLY MA 01915-6104**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:07 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233


-----
Consumer Information
-----

Consumer First name:Diane
Consumer Middle Initial/Middle Name: E.
Consumer Last name:Kelley
Consumer Suffix:
Property Address line 1:16 A & B Blacksmith Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Wells
Property Address State:
Property Address zip code:04090
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:8/18/2021
Amount needed to cure the default:285905.08 Consumer Address line 1:59 Stark Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wakefield
Consumer Address State:MA
Consumer Address zip code:01880

## Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:12 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

(469) 549-2233


-----

Consumer Information

-----

Consumer First name:Diane

Consumer Middle Initial/Middle Name: E

Consumer Last name:Kelly

Consumer Suffix:

Property Address line 1:16 A & B Blacksmith Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Wells

Property Address State:

Property Address zip code:01970

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:8/18/2021

Amount needed to cure the default:285905.08 Consumer Address line 1:16 Blacksmith Road, Unit A Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Wells

Consumer Address State:ME

Consumer Address zip code:04090

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:14 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

(469) 549-2233

-----

Consumer Information

-----

Consumer First name:Diane

Consumer Middle Initial/Middle Name: E.

Consumer Last name:Kelley

Consumer Suffix:

Property Address line 1:16 A & B Blacksmith Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Wells

Property Address State:

Property Address zip code:01970

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:8/18/2021

Amount needed to cure the default:285905.08 Consumer Address line 1:16 Blacksmith Road, Unit B Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Wells

Consumer Address State:ME

Consumer Address zip code:04090

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:19 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution
8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233


-----
Consumer Information
-----

Consumer First name:Lance
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Kelley
Consumer Suffix:
Property Address line 1:16 A & B Blacksmith Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Wells
Property Address State:
Property Address zip code:01970
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:8/18/2021
Amount needed to cure the default:285905.08 Consumer Address line 1:59 Stark Avenue Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wakefield
Consumer Address State:MA
Consumer Address zip code:01880

**Matthew Kelly**

---

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:22 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

(469) 549-2233

-----

Consumer Information

-----

Consumer First name:Lance

Consumer Middle Initial/Middle Name: A

Consumer Last name:Kelly

Consumer Suffix:

Property Address line 1:16 A & B Blacksmith Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Wells

Property Address State:

Property Address zip code:01970

Property Address County:York

-----

Notification Details

-----

Date notice was mailed:8/18/2021

Amount needed to cure the default:285905.08 Consumer Address line 1:16 Blacksmith Road, Unit A Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Wells

Consumer Address State:ME

Consumer Address zip code:04090

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:23 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233


-----
Consumer Information
-----

Consumer First name:Lance
Consumer Middle Initial/Middle Name: A
Consumer Last name:Kelly
Consumer Suffix:
Property Address line 1:16 A & B Blacksmith Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Wells
Property Address State:
Property Address zip code:01970
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:8/18/2021
Amount needed to cure the default:285905.08 Consumer Address line 1:16 Blacksmith Road, Unit B Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wells
Consumer Address State:ME
Consumer Address zip code:04090

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Friday, August 20, 2021 10:21 AM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard
Coppell, TX 75019
(469) 549-2233

-----

Consumer Information

-----

Consumer First name:Lance
Consumer Middle Initial/Middle Name: A.
Consumer Last name:Kelley
Consumer Suffix:
Property Address line 1:16 A & B Blacksmith Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Wells
Property Address State:
Property Address zip code:01970
Property Address County:York

-----

Notification Details

-----

Date notice was mailed:8/18/2021
Amount needed to cure the default:285905.08 Consumer Address line 1:16 Blacksmith Road, Unit A Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Wells
Consumer Address State:ME
Consumer Address zip code:04090

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, August 20, 2021 10:24 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves, & Longoria, LLC Owner of the mortgage:Federal National Mortgage Association What term best describes the owner of the mortgage?:Federally Chartered bank or Credit Union Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Nationstar Mortgage LLC d/b/a Mr. Cooper Loss Mitigation Department/Loan Resolution

8950 Cypress Waters Boulevard

Coppell, TX 75019

(469) 549-2233


-----
Consumer Information
-----

Consumer First name:Lance

Consumer Middle Initial/Middle Name: A

Consumer Last name:Kelly

Consumer Suffix:

Property Address line 1:16 A & B Blacksmith Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Wells

Property Address State:

Property Address zip code:01970

Property Address County:York

-----
Notification Details
-----

Date notice was mailed:8/18/2021

Amount needed to cure the default:285905.08 Consumer Address line 1:201 Prospect Avenue Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Revere

Consumer Address State:MA

Consumer Address zip code:02151

## Return Receipt (Form 3811) Barcode

9590 9266 9904 2120 5807 36

**1. Article Addressed to:**

Lance A. Kelley
59 Stark Avenue
Wakefield, MA 01880

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2120 5807 33

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C-19
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type:**
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Domestic Return Receipt

---

## Return Receipt (Form 3811) Barcode

9590 9266 9904 2120 5806 44

**1. Article Addressed to:**

Lance A. Kelley
201 Prospect Avenue
Revere, MA 02151

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2120 5806 41

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
USPS RF 8   8/21/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

C-19

**3. Service Type:**
☒ Certified Mail
☐ Certified Mail Restricted Delivery

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Domestic Return Receipt

---

## Return Receipt (Form 3811) Barcode

9590 9266 9904 2184 8307 30

**1. Article Addressed to:**

Diane E. Kelley
59 Stark Avenue
Wakefield, MA 01880

**2. Certified Mail (Form 3800) Article Number**

9414 7266 9904 2184 8307 37

PS Form 3811, Facsimile, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C-19
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3. Service Type:**
☒ Certified Mail

**Reference Information**

CS/MK
Diane E. Kelley, Lance A. Kelley
54717

Domestic Return Receipt