# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ) ) ) |
| v. | ) CIVIL NO. 2:21-cv-00314-JAW ) |
| DIANE E. KELLEY, et al | ) |

## ORDER TO SHOW CAUSE

The record in this matter reflects that more than 90 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than February 16, 2022 why such service was not timely made, failing which the complaint shall be dismissed.

                      John A. Woodcock, Jr.
                      United States District Judge


                      By: /s/ Teagan Snyder
                            Deputy Clerk

Dated this 2nd day of February, 2022