U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 MAR 31 P 3: 16

DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

CIVIL ACTION NO: 2:21-cv-00314-JAW

        Plaintiff,

V.

DIANE E. KELLEY AND
LANCE A. KELLEY,

        Defendants.

## DEFENDANT'S MOTION TO WITHDRAW MOTION TO DISMISS AND MOTION TO RECUSE

Now comes Robert P. Marley, pursuant to F.R.Civ.P. Rule 41(a)(2) on behalf of Diane Kelley and Lance Kelley, as their Attorney-in-Fact, and moves the Court to allow the Motion to Dismiss and Recusal to be Withdrawn and that the Kelley's be given 45-days from the grant of such order to seek competent counsel to represent them in this matter, as reasons thereof:

1) Mr. Marley prepared the Motion to Dismiss and Recusal on behalf of the Kelleys;

2) The Plaintiff has responded and only the Court may allow the withdrawal;

3) The Kelley's put their faith and trust in Mr. Marley to protect them and their legal rights;

4) Mr. Marley agrees that the Motion to Dismiss he filed with the Court is not proper or befitting for the United States District Court;

5) Attorney Longoria brings out the worst in Mr. Marley as this is not the first time they have encountered one another;

6) Mr. Marley has allowed his personal feelings toward Attorney Longoria to cloud his judgment and as such, he poorly prepared and poorly wrote the Motion to Dismiss and

1

Recusal and in doing so, Mr. Marley omitted valid Defenses that the Kelley's have and more than likely, offended this Court;

7) Mr. Marley prays that this Honorable Court will not penalize the Kelleys for Mr. Marley's inappropriate statements. Mr. Marley's statements are in no way reflective of, or are the views, of the Kelley's; The Kelley's are the most selfless people you could ever encounter in a lifetime, and they should not be made to suffer further for Mr. Marley's imprudence.

8) In the past 12-years, many people have requested the assistance of Mr. Marley from across this nation when facing foreclosure and Mr. Marley has assisted many. They know and knew Mr. Marley was/is not an attorney, nor has he ever put himself out as an attorney, and he has never accepted a fee or requested one. He helps people who cannot help themselves and who cannot afford an attorney. Citizens continually call Mr. Marley, many literally in tears, seeking help and it is hard to say no. Mr. Marley restricts himself to the elderly and single mothers with children. A 2012 Massachusetts Lawyers Weekly Article will tell part of the tale, "The Other Bob Marley"; March 19, 2012, See attached cover.

9) Mr. Marley humbly apologizes to this Court and to those he may have offended through his statements and respectfully requests that Court not hold the Kelley's responsible for his current shortcomings;

10) Mr. Marley especially apologizes to the Honorable Judge Woodcock. Upon review of many cases, after he filed the Motion, it is apparent that Judge Woodcock is of great character and is a fair-minded and impartial Juris. Mr. Marley should have done his due diligence before filing the Motion to Dismiss and Recusal, but was clouded by anger and

rushed to get it in, and did not. Therefore, Mr. Marley personally apologizes to you, Your Honor.

11) The Kelleys have valid Defenses and Counter-claims and should be allowed to defend against this foreclosure action notwithstanding Mr. Marley's poor lack of judgment. Mr. Marley would humbly ask this Honorable Court to allow the Kelleys to begin anew, the opportunity to explore legal aid assistance or other avenues of counsel. The Kelley's are in their Seventies and on a fixed income and Diane and Lance Kelley both have serious medical concerns.

12) On March 26, 2022, Mr. Marley was unable to contact counsel to confer on this Motion for their assent; however, counsel did file a Motion to Strike the Motion to Dismiss and recusal along with a request for a "*Cok*" warning.

13) A "*Cok*" warning should not be necessary as Mr. Marley humbly admits his poor judgment and improper pleading. In the event the Kelleys are unable to acquire competent Counsel, Mr. Marley will have to prepare an answer, affirmative defenses, and counter-complaint, and he assures this Honorable Court it will be in proper format and properly written. There will be no rhetoric or hyperbole.

14) If the court denies a dispositive motion or postpones its disposition until trial, the responsive pleading must be served within 14 days after notice of the court's action under F.R.Civ.P. Rule 12 (a)(4)(A). Mr. Marley's request for additional time is due to the fact a lawyers will need time to familarlize him/herself with the case, and medical issue of the Kelleys and their inability to get around. In addition, on top of all else, Diane Kelley has recently fallen down a flight of stairs and has broken her ankle. Notwithstanding, Mr. Marley is already seeking counsel for the Kelleys and has no confirmation thus far.

15) The practice of an attorney ghostwriting for a pro-se litigant is disfavored because a pro-se is granted certain leeway and their pleading must be construed liberally and therefore, given an unfair advantage. If Mr. Marley were forced to continue to assist the Kelleys if competent counsel cannot be secured, Mr. Marley would argue that he is not a lawyer and is also a pro-se litigant, not representing the Kelleys, but merely assisting them in writing and understanding the law.

16) With all due respect, guidance from the Court is requested. The Kelleys need assistance and short of the Court appointing Counsel as the state of New York does[1], the Kelleys would be doomed if forced to go it alone.

WHEREFORE, based on the foregoing Mr. Marley respectfully requests that this Honorable Court allow the withdrawal of his inappropriate Motion to Dismiss and Motion for Recusal and that the Kelley's be granted, 45-days, to seek and acquire competent counsel to assist them in this matter from the date of the grant of withdrawal. Alternatively, this Honorable Court set a timetable with instruction and its view on Mr. Marley ghostwriting for the Kelleys as their Attorney-in-Fact if counsel cannot be obtained.

---

[1] "It's such an uneven playing field," said the state's chief judge, Jonathan Lippman. "Banks wind up with the property and the homeowner winds up over the cliff, on the street. It doesn't serve anyone's interest, including the banks." A lawyer for every defendant will also serve the courts' interests, the judge said, by making proceedings more efficient…. any homeowner in foreclosure who does not have a lawyer will be supplied one by legal aid groups or other pro bono groups. Legal aid groups are expected to have foreclosure offices in the courts to handle the influx. New York Times, Feb. 15, 2011
https://www.nytimes.com/2011/02/16/business/16housing.html
.

Respectfully submitted

*/s/ Robert P. Marley*

Dated: March 28, 2022

Robert P. Marley, on behalf
of, Diane and Lance Kelley,
as their Attorney-in-fact
18 Lakeview Drive
Lynnfield, MA 01940
Bobm1958@comcast.net
781-268-7300

CERTIFICATE OF SERVICE

I, Robert P. Marley, certify that on March 28, 2022, I served by USPS priority mail the foregoing Motion to the Clerk's Office and electronically by e-mail notification of such filing to counsel for Plaintiff as agreed upon with counsel.

*/s/Robert P. Marley*

Robert P. Marley, Attorney-in-Fact
For Diane and Lance Kelley