UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Federal National Mortgage Association** | CIVIL ACTION NO: 2:21-cv-00314-JAW |
| **Plaintiff** | |
| v. | RE:<br>16 A & B Blacksmith Road, Wells, ME 04090 |
| **Diane E. Kelley and Lance A. Kelley** | Mortgage:<br>May 10, 2007<br>Book 15159, Page 397 |
| **Defendants** | |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

Now comes the Plaintiff, Federal National Mortgage Association, and the Defendants, Diane E. Kelley and Lance A. Kelley, and hereby submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

. If the Defendants or their heirs or assigns pay Federal National Mortgage Association ("FNMA") the amount adjudged due and owing ($761,951.08) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, FNMA shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $400,000.00 |
| Interest | $247,246.54 |
| Corporate Advance Balance | $15,132.03 |
| Escrow Advance | $99,572.51 |
| Grand Total | $761,951.08 |

1. If the Defendants or their heirs or assigns do not pay FNMA the amount adjudged due and owing ($761,951.08) within 90 days of the judgment, as that time period is calculated

   in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Wells Property shall terminate, and FNMA shall conduct a public sale of the Wells Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $761,951.08 after deducting the expenses of the sale, with any surplus to the Defendants or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. FNMA may not seek a deficiency judgment against the pursuant to the Plaintiff's waiver of deficiency and the Defendants' Discharge in bankruptcy.

2. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

3. The amount due and owing is $761,951.08.

4. Federal National Mortgage Association has first priority, in the amount of $761,951.08, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendants who have second priority.

5. The prejudgment interest rate is 6.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is .15%, *see* 14 U.S.C. § 1961.

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

                PARTIES                COUNSEL

| | | |
|---|---|---|
| PLAINTIFF | Federal National Mortgage Association<br>5600 Granite Parkway<br>Plano, TX 75024 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Diane E. Kelley<br>59 Stark Avenue<br>Wakefield, MA 01880 | Pro Se |
| | Lance A. Kelley<br>59 Stark Avenue<br>Wakefield, MA 01880 | Pro Se |

a) The docket number of this case is No. 2:21-cv-00314-JAW.

b) The Defendants, the only parties to these proceedings besides FNMA, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 16 A & B Blacksmith Road, Wells, ME 04090, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 16 A & B Blacksmith Road, Wells, ME 04090. The Mortgage was executed by the Defendants, Diane E. Kelley and Lance A. Kelley on May 10, 2007. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15159, Page 397.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 16 A & B Blacksmith Road, Wells, ME 04090.

| | |
|---|---|
| Dated: November 23, 2022 | /s/Reneau J. Longoria, Esq.<br>Reneau J. Longoria, Esq. Bar No. 005746<br>Attorney for Plaintiff<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915<br>(978) 921-2670<br>RJL@dgandl.com |
| Dated: November 22, 2022 | /s/Lance A. Kelley<br>Lance A. Kelley<br>59 Stark Avenue<br>Wakefield, MA 01880 |
| Dated: November 22, 2022 | /s/Diane E. Kelley<br>Diane E. Kelley<br>59 Stark Avenue<br>Wakefield, MA 01880 |

**SO ORDERED**

Dated this 28th day of November, 2022

                                          John A. Woodcock, Jr.
                                        JOHN A. WOODCOCK, JR.
                                        UNITED STATES DISTRICT JUDGE

Case 2:21-cv-00314-JAW   Document 33   Filed 11/28/22   Page 5 of 5    PageID #: 250